### PALMER AND OTHERS *vs.* EDWARDS.

HELD, that where there are several defendants, one of whom is not served with process, nor appears, and judgment taken by default against him with the others, it will be reversed as to all.